IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY GP PHONGBOUPHA,  )<br>  )<br>    Petitioner,  )<br>  )<br>  vs.  )<br>  )<br>  )<br>WARDEN A. HEDGPETH,  )<br>  )<br>    Respondent.  )<br>_____ ) | No. C 12-1025 RMW (PR)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE ANSWER<br><br><br><br><br><br>(Docket No. 17) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court issued an order to show cause. (Doc. No. 8.) Respondent has filed a motion to extend time to file an answer to the petition for writ of habeas corpus. (Doc. No. 17.) Good cause appearing, respondent's motion is **GRANTED**. Respondent shall file an answer **no later than April 2, 2013.** If respondent files an answer, petitioner may file a traverse within thirty (30) days thereafter.

Should respondent file a dispositive motion in lieu of an answer, petitioner shall file his opposition within twenty-eight (28) days after the answer is filed. Respondent shall file a reply within fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Order Granting Motion to Extend Time to file Answer
G:\PRO-SE\SJ.Rmw\HC.12\Phongboupha025eot-ans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY PHONGBOUPHA,<br><br>        Plaintiff,<br><br>  v.<br><br>A HEDGPETH et al,<br><br>        Defendant. | Case Number: CV12-01025 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerry GP Phongboupha G-29087
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: February 21, 2013

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk