IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY GP PHONGBOUPHA, ) | No. C 12-1025 RMW (PR) |
| Petitioner, ) | ORDER GRANTING MOTION FOR PERMISSION TO FILE LATE TRAVERSE |
| vs. ) | |
| WARDEN A. HEDGPETH, ) | |
| Respondent. ) | (Docket Nos. 30 and 32) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 29, 2013, respondent filed a response. Petitioner has filed motions requesting permission to file a late traverse. (Docket Nos. 30 & 32.) In the interest of justice, petitioner's motions are **GRANTED**. Petitioner shall file a traverse **within thirty (30) days** of the date this order is filed.

This order terminates docket numbers 30 and 32.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Permission to file late Traverse
G:\PRO-SE\RMW\HC.12\Phongboupha025eot-trav.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERRY PHONGBOUPHA,

        Plaintiff,

  v.

WARDEN A HEDGPETH et al,

        Defendant.

Case Number: CV12-01025 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerry GP Phongboupha G-29087
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: October 23, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk