**E-FILED on 4/18/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERRY GP PHONGBOUPHA, | ) | No. C 12-1025 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR COURT TO ISSUE COPIES OF |
| vs. | ) ) | TRAVERSE TO RESPONDENT |
| WARDEN A. HEDGPETH, | ) ) | |
| Respondent. | ) ) | (Docket No. 35) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 3, 2013, respondent filed an answer to the court's order to show cause.  After receiving several extensions of time within which to file a traverse, on November 29, 2013, petitioner filed a traverse.  Petitioner also filed a motion requesting the court to issue copies of the traverse to respondent's counsel because petitioner was unable to serve respondent.  Because respondent can access the court's electronic court filing system, it is unnecessary for the court to furnish respondent with an actual paper copy of petitioner's traverse. Thus petitioner's motion is DENIED as unnecessary.

    IT IS SO ORDERED.

DATED: 4/18/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Permission to file late Traverse
P:\PRO-SE\RMW\HC.12\Phongoupha025misc.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERRY PHONGBOUPHA,

         Plaintiff,

  v.

WARDEN A. HEDGPETH et al,

         Defendant.

Case Number: CV12-01025 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerry GP Phongboupha G-29087
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: April 18, 2014

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk